Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−16247−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael D Stanton
1997 Kingsford Lane
Atco, NJ 08004−1761

Michelle C Stanton
1997 Kingsford Lane
Atco, NJ 08004−1761

Social Security No.:
xxx−xx−4361

xxx−xx−7285

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: July 20, 2020
JAN: admi

Jeanne Naughton
Clerk

Certificate of Notice    Page 2 of 2

United States Bankruptcy Court
District of New Jersey

In re:
Michael D Stanton
Michelle C Stanton
    Debtors

Case No. 20-16247-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2020
                 Form ID: finmgtc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.
db         #Michael D Stanton,   1997 Kingsford Lane,   Atco, NJ   08004-1761
jdb        Michelle C Stanton,   1997 Kingsford Lane,   Atco, NJ   08004-1761

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2020 23:44:26   U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2020 23:44:23   United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                                                                                                      TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2020 at the address(es) listed below:
         Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing, LLC    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Moshe Rothenberg    on behalf of Joint Debtor Michelle C Stanton moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
         Moshe Rothenberg    on behalf of Debtor Michael D Stanton moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                   TOTAL: 5