Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−16247−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael D Stanton                                Michelle C Stanton
   1997 Kingsford Lane                              1997 Kingsford Lane
   Atco, NJ 08004−1761                              Atco, NJ 08004−1761

Social Security No.:
   xxx−xx−4361                                      xxx−xx−7285

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 27, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 27, 2020
JAN: bc

                                                          Jeanne Naughton
                                                          Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                              Case No. 20-16247-JNP
Michael D Stanton                                                   Chapter 13
Michelle C Stanton
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 3             Date Rcvd: Jul 27, 2020
                               Form ID: 148             Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
db             #Michael D Stanton,    1997 Kingsford Lane,    Atco, NJ 08004-1761
jdb             Michelle C Stanton,    1997 Kingsford Lane,    Atco, NJ 08004-1761
518825489       ARS National Services,    1643 NW 13th Ave Ste 100,    City of Sunrise, FL 33313
518825483       Advanced EMT,    PO Box 95000,    Philadelphia, PA 19195-0001
518825484       Advantage Therapy Centre,    1001 Briggs Rd Ste 270,    Mount Laurel, NJ 08054-4105
518825485      +Advocare,    PO Box 71422,    Philadelphia, PA 19176-1422
518825486       Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
518825487       Apex Asset management,    PO Box 5407,    Lancaster, PA 17606-5407
518825488       Arhritis Rheumatice and Back Disease,    2301 E Evesham Rd Bldg 800,    Voorhees, NJ 08043-4510
518825490       Atlantic Care Ugent Care,    PO Box 4142,    Lancaster, PA 17604-4142
518825496      +Carecentrix,    PO Box 277947,    Atlanta, GA 30384-7947
518825499       Commercial Acceptance Co.,    2300 Gettysburg Rd Ste 102,    Camp Hill, PA 17011-7303
518825501       Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518825502     ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
               (address filed with court: GC Services Limited Partnership,    6330 Gulfton St,
                 Houston, TX 77081-1108)
518825503      +HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
518825506       Lanzi and Burke,    1630 Route 322 Unit A,    Swedesboro, NJ 08085-3701
518825507       Lourdes Health Systems,    PO Box 822099,    Philadelphia, PA 19182-2099
518825509       MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518825508       Macaione and Papa Dermatoloegy Assoc,    707 White Horse Rd Ste C103,    Voorhees, NJ 08043-2461
518825510       NJ EZ Pass Violations Processing Centre,    PO Box 4971,    Trenton, NJ 08650-4971
518825512       Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
518825513       Philadelphia Parking Authority,    Red Light Camera Program,    PO Box 597,
                 Baltimore, MD 21203-0597
518825515       Pressler Felt and Warshaw,    7 Entin Rd,    Parsippany, NJ 07054-5020
518825516       ProCo,    PO Box 2462,    Aston, PA 19014-0462
518825517       Pulmonary and SLeep Associates,    107 Berlin Rd,    Cherry Hill, NJ 08034-3526
518825518       Receivable Management Solutions,    95 Argonaut Ste 200,    Aliso Viejo, CA 92656-4147
518825520       Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
518825521       Relieve us,    813 E Gate Dr Ste B,    Mount Laurel, NJ 08054-1238
518825522       Remex,    307 Wall St,    Princeton, NJ 08540-1515
518825524      +Rickart Collections Systems,    575 Milltown Rd,    New Brunswick, NJ 08902-3336
518825528   ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
               (address filed with court: Specialized Loan Servicing,    PO Box 266005,
                 Littleton, CO 80163-6005)
518825525       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518825526       South Jersey Gastrenterology,    406 Lippincott Dr Ste E,    Marlton, NJ 08053-4168
518825527       South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
518847575      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518853723      +Specialized Loan Servicing, LLC.,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518825529       Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
518825530       Township of Voorhees,    PO Box 1016,    Voorhees, NJ 08043-7016
518825532       Urgent Care Berlin,    PO Box 4142,    Lancaster, PA 17604-4142
518825534       Virtua Center for Surgery,    PO Box 780857,    Philadelphia, PA 19178-0857
518825536     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court: West Jersey Anesthesia Associates,    102 Centre Blvd Ste E,
                 Marlton, NJ 08053-4129)
518825535       Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
518825537       Westgate Resorts,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2020 23:12:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2020 23:12:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518825491       E-mail/Text: bankruptcy@pepcoholdings.com Jul 27 2020 23:11:45
                 Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
518825492       E-mail/Text: bankruptcy@bbandt.com Jul 27 2020 23:11:42     BB&T,    PO Box 1847,
                 Wilson, NC 27894
518825493       E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Jul 27 2020 23:12:36
                 Berks Credit and Collections,    900 Corporate Dr,    Reading, PA 19605-3340
518835798      +E-mail/Text: bankruptcy@bbandt.com Jul 27 2020 23:11:42
                 Branch Banking and Trust, now Truist,    PO Box 1847,    Wilson, NC 27894-1847,
                 Mailcode 27894-1847
518825494       E-mail/Text: clientrep@capitalcollects.com Jul 27 2020 23:12:38     Capital Collections,
                 PO Box 150,    West Berlin, NJ 08091-0150
518836466      +EDI: AIS.COM Jul 28 2020 02:38:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jul 27, 2020
                              Form ID: 148             Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518825495       EDI: CAPITALONE.COM Jul 28 2020 02:38:00      Capital One Bank USA,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
518825497      +E-mail/Text: mediamanagers@clientservices.com Jul 27 2020 23:11:21       Client Services,
                 3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
518825498      +E-mail/Text: ering@cbhv.com Jul 27 2020 23:11:57      Collection Bureau of the Hudson Valley,
                 155 N Plank Rd,   Newburgh, NY 12550-1748
518825500       EDI: DISCOVER.COM Jul 28 2020 02:38:00      Discover Financial,   PO Box 15316,
                 Wilmington, DE  19850-5316
518833030       EDI: DISCOVER.COM Jul 28 2020 02:38:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
518825504       EDI: IIC9.COM Jul 28 2020 02:38:00      I C Systems Collections,   PO Box 64378,
                 Saint Paul, MN  55164-0378
518825505       E-mail/Text: bncnotices@becket-lee.com Jul 27 2020 23:11:31       Kohls,   PO Box 3115,
                 Milwaukee, WI  53201-3115
518825514       EDI: PRA.COM Jul 28 2020 02:38:00      Portfolio Recovery Associates LLC,
                 120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4962
518825511       EDI: RMSC.COM Jul 28 2020 02:38:00      PayPal Credit,   PO Box 71202,
                 Charlotte, NC  28272-1202
518825519      +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Jul 27 2020 23:12:36
                 Receivables Management partners,   PO Box 20508,   Indianapolis, IN 46220-0508
518825523       EDI: RMCB.COM Jul 28 2020 02:38:00      Retrieval Masters Credit Bureau,
                 4 Westchester Plz Ste 110,   Elmsford, NY  10523-1615
518827988      +EDI: RMSC.COM Jul 28 2020 02:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518825531       E-mail/Text: tax@waterfordtwp.org Jul 27 2020 23:12:24       Township of Waterford,
                 2131 Auburn Ave,   Atco, NJ  08004-1900
518887692      +EDI: AIS.COM Jul 28 2020 02:38:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518825533       EDI: VERIZONCOMB.COM Jul 28 2020 02:38:00      Verizon Wireless,   PO Box 650051,
                 Dallas, TX  75265-0051
518845339      +E-mail/Text: tax@waterfordtwp.org Jul 27 2020 23:12:25      Waterford Township Utility,
                 2131 Auburn Avenue,   Atco, NJ 08004-1995
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518835799*     +Branch Banking and Trust, now Truist,   PO Box 1847,   Wilson, NC  27894-1847,
                 Mailcode 27894-1847
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Moshe Rothenberg    on behalf of Joint Debtor Michelle C Stanton moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 27, 2020
                              Form ID: 148             Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Moshe   Rothenberg    on behalf of Debtor Michael D Stanton moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5