Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−16247−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael D Stanton
1997 Kingsford Lane
Atco, NJ 08004−1761

Michelle C Stanton
1997 Kingsford Lane
Atco, NJ 08004−1761

Social Security No.:
   xxx−xx−4361                                                    xxx−xx−7285

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/18/20
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 7, 2020
JAN: bc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 20-16247-JNP

Michael D Stanton                                                                           Chapter 13

Michelle C Stanton

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                       Page 1 of 3
Date Rcvd: Oct 07, 2020                Form ID: 132                    Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael D Stanton, Michelle C Stanton, 1997 Kingsford Lane, Atco, NJ 08004-1761 |
| 518825489 | | ARS National Services, 1643 NW 13th Ave Ste 100, City of Sunrise, FL 33313 |
| 518825483 | | Advanced EMT, PO Box 95000, Philadelphia, PA 19195-0001 |
| 518825484 | | Advantage Therapy Centre, 1001 Briggs Rd Ste 270, Mount Laurel, NJ 08054-4105 |
| 518825485 | + | Advocare, PO Box 71422, Philadelphia, PA 19176-1422 |
| 518825486 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 518825487 | | Apex Asset management, PO Box 5407, Lancaster, PA 17606-5407 |
| 518825488 | | Arhritis Rheumatice and Back Disease, 2301 E Evesham Rd Bldg 800, Voorhees, NJ 08043-4510 |
| 518825490 | | Atlantic Care Ugent Care, PO Box 4142, Lancaster, PA 17604-4142 |
| 518825496 | + | Carecentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 518825499 | | Commercial Acceptance Co., 2300 Gettysburg Rd Ste 102, Camp Hill, PA 17011-7303 |
| 518825501 | | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518825503 | + | HRRG, PO Box 5406, Cincinnati, OH 45273-0001 |
| 518825504 | | I C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518825506 | | Lanzi and Burke, 1630 Route 322 Unit A, Swedesboro, NJ 08085-3701 |
| 518825507 | | Lourdes Health Systems, PO Box 822099, Philadelphia, PA 19182-2099 |
| 518825509 | | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518825508 | | Macaione and Papa Dermatoloegy Assoc, 707 White Horse Rd Ste C103, Voorhees, NJ 08043-2461 |
| 518825510 | | NJ EZ Pass Violations Processing Centre, PO Box 4971, Trenton, NJ 08650-4971 |
| 518825512 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518825513 | | Philadelphia Parking Authority, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 518825515 | | Pressler Felt and Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518825516 | # | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 518825517 | | Pulmonary and SLeep Associates, 107 Berlin Rd, Cherry Hill, NJ 08034-3526 |
| 518825518 | | Receivable Management Solutions, 95 Argonaut Ste 200, Aliso Viejo, CA 92656-4147 |
| 518825520 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518825521 | | Relieve us, 813 E Gate Dr Ste B, Mount Laurel, NJ 08054-1238 |
| 518825522 | | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 518825524 | + | Rickart Collections Systems, 575 Milltown Rd, New Brunswick, NJ 08902-3336 |
| 518825528 | ++++ | SPECIALIZED LOAN SERVICING, PO BOX 266005, LITTLETON CO 80163-6005 address filed with court:, Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163-6005 |
| 518825525 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518825526 | | South Jersey Gastrenterology, 406 Lippincott Dr Ste E, Marlton, NJ 08053-4168 |
| 518825527 | | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518847575 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518853723 | + | Specialized Loan Servicing, LLC., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518825529 | | Terminix, PO Box 742592, Cincinnati, OH 45274-2592 |
| 518825530 | | Township of Voorhees, PO Box 1016, Voorhees, NJ 08043-7016 |
| 518825532 | | Urgent Care Berlin, PO Box 4142, Lancaster, PA 17604-4142 |
| 518825534 | | Virtua Center for Surgery, PO Box 780857, Philadelphia, PA 19178-0857 |
| 518825536 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed |

Case 20-16247-JNP    Doc 26    Filed 10/09/20    Entered 10/10/20 00:59:16    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 132 | Total Noticed: 66 |

|  |  |  |
|---|---|---|
| | with court:, West Jersey Anesthesia Associates, 102 Centre Blvd Ste E, Marlton, NJ 08053-4129 | |
| 518825535 | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 | |
| 518825537 | Westgate Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 | |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2020 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2020 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518825491 | Email/Text: bankruptcy@pepcoholdings.com | Oct 07 2020 22:16:00 | Atlantic City Electric Company, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 518825492 | Email/Text: bankruptcy@bbandt.com | Oct 07 2020 22:16:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 518825493 | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 07 2020 22:18:00 | Berks Credit and Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 518835798 | + Email/Text: bankruptcy@bbandt.com | Oct 07 2020 22:16:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |
| 518825494 | Email/Text: clientrep@capitalcollects.com | Oct 07 2020 22:18:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 518836466 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 07 2020 22:56:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518825495 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2020 22:56:42 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518825497 | + Email/Text: mediamanagers@clientservices.com | Oct 07 2020 22:16:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518825498 | + Email/Text: ering@cbhv.com | Oct 07 2020 22:17:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 518825500 | Email/Text: mrdiscen@discover.com | Oct 07 2020 22:16:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 518833030 | Email/Text: mrdiscen@discover.com | Oct 07 2020 22:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518825502 | Email/Text: GCSBankruptcy@gcserv.com | Oct 07 2020 22:16:00 | GC Services Limited Partnership, 6330 Gulfton St, Houston, TX 77081-1108 |
| 518825505 | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2020 22:16:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518825514 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2020 22:57:23 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518825511 | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2020 22:56:40 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 518825519 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 07 2020 22:18:00 | Receivables Management partners, PO Box 20508, Indianapolis, IN 46220-0508 |
| 518825523 | Email/Text: bkrpt@retrievalmasters.com | Oct 07 2020 22:17:00 | Retrieval Masters Credit Bureau, 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518827988 | + Email/PDF: gecsedi@recoverycorp.com | Oct 07 2020 22:56:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518825531 | Email/Text: tax@waterfordtwp.org | Oct 07 2020 22:17:00 | Township of Waterford, 2131 Auburn Ave, Atco, NJ 08004-1900 |

Case 20-16247-JNP  Doc 26  Filed 10/09/20  Entered 10/10/20 00:59:16  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 132 | Total Noticed: 66 |

| 518887692 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Oct 07 2020 22:57:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518825533 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Oct 07 2020 22:16:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 518845339 | + | Email/Text: tax@waterfordtwp.org | | |
| | | | Oct 07 2020 22:17:55 | Waterford Township Utility, 2131 Auburn Avenue, Atco, NJ 08004-1995 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518835799 | *+ | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |
| jdb | * | Michelle C Stanton, 1997 Kingsford Lane, Atco, NJ 08004-1761 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Joint Debtor Michelle C Stanton moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Michael D Stanton moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5