Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.: 20−16247−JNP
            Chapter: 13
            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael D Stanton           Michelle C Stanton
 1997 Kingsford Lane          1997 Kingsford Lane
 Atco, NJ 08004−1761          Atco, NJ 08004−1761

Social Security No.:
 xxx−xx−4361             xxx−xx−7285

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
  Debtor and Joint Debtor was entered on November 18, 2020.

  Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2020
JAN: bc

                                   Jeanne Naughton
                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-16247-JNP

Michael D Stanton                                                                      Chapter 13

Michelle C Stanton

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 148 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael D Stanton, Michelle C Stanton, 1997 Kingsford Lane, Atco, NJ 08004-1761 |
| 518825489 | | ARS National Services, 1643 NW 13th Ave Ste 100, City of Sunrise, FL 33313 |
| 518825483 | | Advanced EMT, PO Box 95000, Philadelphia, PA 19195-0001 |
| 518825484 | | Advantage Therapy Centre, 1001 Briggs Rd Ste 270, Mount Laurel, NJ 08054-4105 |
| 518825485 | + | Advocare, PO Box 71422, Philadelphia, PA 19176-1422 |
| 518825486 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 518825487 | | Apex Asset management, PO Box 5407, Lancaster, PA 17606-5407 |
| 518825488 | | Arhritis Rheumatice and Back Disease, 2301 E Evesham Rd Bldg 800, Voorhees, NJ 08043-4510 |
| 518825490 | | Atlantic Care Ugent Care, PO Box 4142, Lancaster, PA 17604-4142 |
| 518825496 | + | Carecentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 518825499 | | Commercial Acceptance Co., 2300 Gettysburg Rd Ste 102, Camp Hill, PA 17011-7303 |
| 518825501 | | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518825503 | + | HRRG, PO Box 5406, Cincinnati, OH 45273-0001 |
| 518825506 | | Lanzi and Burke, 1630 Route 322 Unit A, Swedesboro, NJ 08085-3701 |
| 518825507 | | Lourdes Health Systems, PO Box 822099, Philadelphia, PA 19182-2099 |
| 518825509 | | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518825508 | | Macaione and Papa Dermatoloegy Assoc, 707 White Horse Rd Ste C103, Voorhees, NJ 08043-2461 |
| 518825510 | | NJ EZ Pass Violations Processing Centre, PO Box 4971, Trenton, NJ 08650-4971 |
| 518825512 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518825513 | | Philadelphia Parking Authority, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 518825515 | | Pressler Felt and Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518825516 | # | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 518825517 | | Pulmonary and SLeep Associates, 107 Berlin Rd, Cherry Hill, NJ 08034-3526 |
| 518825518 | | Receivable Management Solutions, 95 Argonaut Ste 200, Aliso Viejo, CA 92656-4147 |
| 518825520 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518825521 | | Relieve us, 813 E Gate Dr Ste B, Mount Laurel, NJ 08054-1238 |
| 518825522 | | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 518825524 | + | Rickart Collections Systems, 575 Milltown Rd, New Brunswick, NJ 08902-3336 |
| 518825528 | ++++ | SPECIALIZED LOAN SERVICING, PO BOX 266005, LITTLETON CO 80163-6005 address filed with court:, Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163-6005 |
| 518825525 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518825526 | | South Jersey Gastrenterology, 406 Lippincott Dr Ste E, Marlton, NJ 08053-4168 |
| 518825527 | | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518847575 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518853723 | + | Specialized Loan Servicing, LLC., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518993846 | + | TWP of Waterford Utility Dept., 2131 Auburn Avenue, Atco NJ 08004-1926 |
| 518825529 | | Terminix, PO Box 742592, Cincinnati, OH 45274-2592 |
| 518825530 | | Township of Voorhees, PO Box 1016, Voorhees, NJ 08043-7016 |
| 518825532 | | Urgent Care Berlin, PO Box 4142, Lancaster, PA 17604-4142 |
| 518825534 | | Virtua Center for Surgery, PO Box 780857, Philadelphia, PA 19178-0857 |
| 518825536 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed |

Case 20-16247-JNP    Doc 31    Filed 11/20/20    Entered 11/21/20 00:19:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 148 | Total Noticed: 67 |

|  |  |  |
|---|---|---|
|  | with court:, West Jersey Anesthesia Associates, 102 Centre Blvd Ste E, Marlton, NJ 08053-4129 | |
| 518825535 | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 | |
| 518825537 | Westgate Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 | |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518825491 | Email/Text: bankruptcy@pepcoholdings.com | Nov 18 2020 22:00:00 | Atlantic City Electric Company, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 518825492 | Email/Text: bankruptcy@bbandt.com | Nov 18 2020 22:00:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 518825493 | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 18 2020 22:02:00 | Berks Credit and Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 518835798 | + Email/Text: bankruptcy@bbandt.com | Nov 18 2020 22:00:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |
| 518825494 | Email/Text: clientrep@capitalcollects.com | Nov 18 2020 22:02:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 518836466 | + EDI: AIS.COM | Nov 19 2020 01:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518825495 | EDI: CAPITALONE.COM | Nov 19 2020 01:58:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518825497 | + Email/Text: mediamanagers@clientservices.com | Nov 18 2020 21:59:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518825498 | + Email/Text: ering@cbhv.com | Nov 18 2020 22:01:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 518825500 | EDI: DISCOVER.COM | Nov 19 2020 01:58:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 518833030 | EDI: DISCOVER.COM | Nov 19 2020 01:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518825502 | Email/Text: GCSBankruptcy@gcserv.com | Nov 18 2020 21:59:00 | GC Services Limited Partnership, 6330 Gulfton St, Houston, TX 77081-1108 |
| 518825504 | EDI: IIC9.COM | Nov 19 2020 01:58:00 | I C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518825505 | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2020 22:00:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518825514 | EDI: PRA.COM | Nov 19 2020 01:58:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518825511 | EDI: RMSC.COM | Nov 19 2020 01:58:00 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 518825519 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 18 2020 22:02:00 | Receivables Management partners, PO Box 20508, Indianapolis, IN 46220-0508 |
| 518825523 | EDI: RMCB.COM | Nov 19 2020 01:58:00 | Retrieval Masters Credit Bureau, 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518827988 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 20-16247-JNP    Doc 31    Filed 11/20/20    Entered 11/21/20 00:19:35    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 148 | Total Noticed: 67 |

| 518825531 | | Email/Text: tax@waterfordtwp.org | Nov 18 2020 22:01:00 | Township of Waterford, 2131 Auburn Ave, Atco, NJ 08004-1900 |
|---|---|---|---|---|
| 518887692 | + | EDI: AIS.COM | Nov 19 2020 01:58:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518825533 | | EDI: VERIZONCOMB.COM | Nov 19 2020 01:58:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 518845339 | + | Email/Text: tax@waterfordtwp.org | Nov 18 2020 22:01:00 | Waterford Township Utility, 2131 Auburn Avenue, Atco, NJ 08004-1995 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518835799 | *+ | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Moshe Rothenberg | on behalf of Joint Debtor Michelle C Stanton moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Michael D Stanton moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7