Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  20−16247−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Michael D Stanton                      Michelle C Stanton
  1997 Kingsford Lane                1997 Kingsford Lane
  Atco, NJ 08004−1761               Atco, NJ 08004−1761

Social Security No.:
  xxx−xx−4361                              xxx−xx−7285

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 9, 2021             Jerrold N. Poslusny Jr.
                                  Judge, United States Bankruptcy Court